**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | ) | |
| BI-LEVEL PAP, AND MECHANICAL | ) | Master Docket: Misc No. 21-1230 |
| VENTILATOR PRODUCTS | ) | |
| LITIGATION | ) | MDL NO.3014 |
| | ) | |
| This Document Relates to: | ) | |
| TEMIKI JENKINS v | ) | |
| KONINKLIJKE PHILIPS, N.V. ET AL | ) | |
| Case No. 2:23-cv-01052 | ) | |

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Temiki Jenkins, and her attorney of record, hereby voluntarily dismiss their claims and causes of action in the above captioned action against all Defendants, without prejudice.  All claims and causes of action asserted by other Plaintiffs are still pending and are unaffected by this dismissal.

Dated: March 6, 2025.

*/s/Calle Mendenhall*
Calle Mendenhall (ASB 7985-W37E)
**Farris, Riley & Pitt**
1728 3rd Avenue N, Fifth Floor
Birmingham, AL 35203
Tel: 205-324-1212
Fax: 205-324-1255
cmendenhall@frplegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

*/s/Calle Mendenhall*
Calle Mendenhall